Judith A. Lockhart, Esq.
Leonardo Trivigno, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: 212-732-3200
lockhart@clm.com
trivigno@clm.com

Ellen Rosen Rogoff, Esq.
Gina M. Stowe, Esq.
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA  19103-7098
Telephone: (215) 564-8000
erogoff@stradley.com
gstowe@stradley.com
*Attorneys for Defendant*
*The Standard Fire Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| LANCER INDEMNITY INSURANCE COMPANY as subrogee of DAKOTA DESIGN CENTER INC. | ECF Case |
| Plaintiff, | Case No. 14 Civ 8748 (AJH) |
| -against- | |
| HOME SOLUTIONS BUILDERS INC., CITYWIDE ADJUSTMENT CORP, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ABC CORPORATION, and JOHN DOES 1-10, | **AFFIDAVIT OF SERVICE** |
| Defendant(s). | |

------------------------------------------------------------x

7540591.1

STATE OF NEW YORK   )
                                    ss.:
COUNTY OF NEW YORK)

EDURIN COLON, being duly sworn, deposes and says:

1. I am over the age of eighteen years, am not a party to this action and am employed as an Assistant Managing Clerk at the law firm of Carter Ledyard & Milburn LLP, attorneys for The Standard Fire Insurance Company (improperly captioned as "Travelers Property and Casualty Company of America").

2. On Monday, November 10, 2014, I served true and correct copies of the following documents:

(a) Notice of Defendant's Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(B)(6);

(b) Declaration of Lori Magnuson;

(c) Declaration of Michael Bauscher;

(d) The Standard Fire Insurance Company's Memorandum in Support of Motion to Dismiss Plaintiff's Complaint;

by placing said copies in both Federal Express Overnight Delivery Envelopes and first class post-paid envelopes addressed:

Eliot L. Greenberg, Esq.
Rosner Nocera & Ragone LLP
61 Broadway, Suite 1900
New York, New York  10006

Home Solutions Builders Inc.
1565 Merrick Road
Merrick, New York 11566

Citywide Adjustment Corp.
390 Merrick Avenue
East Meadow, New York 11554

On said day I deposited the first class envelopes with a postal clerk at the United States Post Office located at One Hanover Street, New York, New York, to be dispatched by first class mail and on said day I deposited the Federal Express Overnight Delivery Envelopes with a clerk

7540591.1

at the Federal Express Office located at One Exchange Place, New York, New York to be dispatched by overnight delivery.

                                                Edurin Colon

Sworn to before me this

10th day of November, 2014.

Notary Public

ANTONIO MALASPINA
Notary Public, State of New York
No. 01MA4926741
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 18, 2018

7540591.1